FOURTH DEPARTMENT, JULY, 2011

(July 1, 2011)

■ KENWORTH OF BUFFALO, NY, Inc., Respondent, v HYDROACOUSTICS, INC., Respondent/Third-Party Plaintiff-Respondent, v ANTHONY J. COSTELLO & SON (MAX) DEVELOPMENT, LLC, Third-Party Defendant-Appellant. [926 NYS2d 334]—

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 10, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.